*In re* McCasland & Leftwich, *Bankrupts.* Tapp-Leathers
Company, *Petitioners.*

(Filed February 15, 1906.)

BANKRUPTCY—Appeals. An appeal from the district court in the
    Territory, in a matter in bankruptcy, will lie to the Territorial
    supreme court only: First, from a judgment adjudging or refus-
    ing to adjudge the defendant a bankrupt; second, from a judgment
    granting or denying a discharge; and third, from a judgment al-
    lowing or rejecting a debt of five hundred dollars or over.

(Syllabus by the Court.)

*Error from the District Court of Comanche County; before
F. E. Gillette, Trial Judge.*

*H. N. McConnell,* for petitioners.

*A. C. King, F. E. Riddle,* and *Sims & Wolverton,* for
appellee.

Opinion of the court by

Pancoast, J.:   This is an appeal from the decision of
the district court of Comanche county, in an action of bank-
ruptcy.   The decision appealed from was upon a matter de-
cided by the referee in bankruptcy and referred to the court
for review, under section 1262 of the rules, forms and orders
in bankruptcy, promulgated   by the supreme   court of the
United States.

The appeal is not from a judgment adjudging or refus-
ing to adjudge the defendants bankrupts, nor from a judg-
ment denying or granting a discharge, nor from a judgment
allowing or rejecting a claim of five hundred dollars or over.

Therefore, the matters involved are not such as can be reviewed by this court on appeal.

This court has held, in *Ex Parte Stumpf*, 9 Okla., 639, 60 Pac., 96.

"An appeal from the district court in the Territory, in a matter in bankruptcy, will lie to the territorial supreme court only: First, from a judgment adjudging or refusing to adjudge the defendant a bankrupt; second, from a judgment granting or denying a discharge; and third, from a judgment allowing or rejecting a debt of five hundred dollars or over."

There being no question submitted to this court of which it can take cognizance, it follows that the appeal must be dismissed. It is so ordered.

Gillette, J., who presided in the court below, not sitting; all the other Justices concurring.